IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MISAEL GUZMAN, | ) | CV F 04-5786 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING |
| | ) | FINDINGS AND |
| v. | ) | RECOMMENDATIONS RE |
| | ) | MOTION TO DISMISS |
| | ) | |
| JEANNE WOODFORD, DIRECTOR, | ) | [Doc. 9, 16] |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. Section 636(b)(1)(B) and Local Rule 72-302.

On December 1, 2004, the Magistrate Judge entered findings and recommendations that Respondent's motion to dismiss be denied. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. On February 8, 2005, the court granted Respondent an extension of time until March 14, 2005, to file objections. No

objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1.    The findings and recommendations issued by the Magistrate Judge on December 1, 2004, are ADOPTED IN FULL;

2.    Respondent's motion to dismiss is DENIED;

3.    Respondent shall file a responsive pleading to this petition in compliance with the Federal Rules of Civil Procedure and the Local Rules.

IT IS SO ORDERED.

**Dated:    May 2, 2005**               _____/s/ Oliver W. Wanger_____
emm0d6                                    UNITED STATES DISTRICT JUDGE

2