IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MISAEL GUZMAN,** | CV F 04-5786 OWW WMW HC |
| **Petitioner,** | ORDER DENYING REQUEST FOR SCHEDULING ORDER |
| v. | [Doc. 22] |
| **JEANNE WOODFORD, DIRECTOR,** | |
| **Respondent.** | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. Section 636(b)(1)(B) and Local Rule 72-302.

    On May 2, 2005, the court entered an order adopting the findings and recommendations of the undersigned and denying Respondent's motion to dismiss. On May 11, 2004, Respondent filed a request for a scheduling order in this case, requesting sixty days to file an answer.

    The court's order of May 2, 2005, specifically provided that, "Respondent shall file a

responsive pleading to this petition in compliance with the Federal Rules of Civil Procedure and the Local Rules." Rule 12(a)(4) of the Federal Rules of Civil Procedure provides as follows:

> (4) Unless a different time is fixed by the court order, the service of a motion permitted under this rule alters these periods of time as follows:
> (A) if the court denies the motion or postpones its disposition until the trial on the merits, the responsive pleading shall be served within 10 days after notice of the court's action.

Accordingly, Respondent's answer was due 10 days after notice of the court's order denying Respondent's motion to dismiss.

Respondent's motion for a scheduling order is HEREBY DENIED. Respondent is ORDERED to file an answer within ten days of the date of service of the present order.

IT IS SO ORDERED.

**Dated:   May 13, 2005**           **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE

2